152 A.3d 756

**COLBERT, Lamont Eugene**

v.

**STATE of Maryland**

**Pet. Docket No. 423, Sept. Term, 2016**

Court of Appeals of Maryland,

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 835, Sept. Term, 2015)

Petition for writ of certiorari denied

∎

152 A.3d 756

**CUNNINGHAM**

v.

**BEGAL ENTERPRISES**

**Pet. Docket No. 445, Sept.Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

(No. 9443–D, Circuit Court for Montgomery County.)

Petition for writ of certiorari denied